UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **AMY RAMAGOS,**<br>    Plaintiff<br><br>v.<br><br>**COMMUNITY HOSPICES OF AMERICA, INC., D/B/A COMPASSUS HOSPICE AND PALLIATIVE CARE, AND FC COMPASSUS, LLC**<br>    Defendants | **CIVIL ACTION NO.: 17-356**<br><br><br>**JUDGE SHELLY D. DICK**<br><br><br><br>**MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |

### NOTICE OF SETTLEMENT

**TO THE COURT:**

Plaintiff, Amy Ramagos ("Plaintiff"), through undersigned counsel, with consent of Defendants, Community Hospices of America, Inc., d/b/a Compassus Hospice and Palliative Care, and FC Compassus, LLC, in accordance with Local Rule 16(c), hereby submits this Notice of Settlement to notify the Court that this lawsuit has been settled. As the parties have consummated the settlement, Plaintiff requests that the Court enter an Order of dismissal.

Respectfully submitted,

  *Robert B. Landry, III*
Robert B. Landry III  (#18998)
rlandry@landryfirm.com
**ROBERT B. LANDRY III, PLC**
5420 Corporate Boulevard, Suite 204
Baton Rouge, Louisiana  70808
Telephone:    (225) 349-7460
Facsimile:    (225) 349-7466

**COUNSEL FOR PLAINTIFF,
AMY RAMAGOS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all parties via the Court's electronic filing system.

            *Robert B. Landry, III*
            **Robert B. Landry III**